UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 11-087A |
| | : | |
| ALLEN MARTIN | : | |

**MEMORANDUM AND ORDER**

Defendant has plead guilty to a Class A misdemeanor, failure to file a tax return (28 U.S.C. § 7203). The Plea Agreement filed in this case provides that the mandatory special assessment is $100.00. (Document No. 2, ¶ 6). However, under 18 U.S.C. § 3013(a)(1)(A)(iii), the mandatory special assessment for a Class A misdemeanor is $25.00 and thus by oral order dated May 25, 2011, the plea agreement was amended to reflect the correct amount. Since Defendant has already paid the incorrect amount of $100.00, he has overpaid the special assessment and is entitled to a $75.00 refund from the Clerk.

SO ORDERED


  /s/  Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
June 3, 2011